### 9868.   PHILLIPS *v.* SUBER.

LUKE, J.   The issues presented in this case are simply questions of fact, which have been passed upon by a jury. There was evidence to authorize the verdict. For none of the reasons assigned did the court err in overruling the certiorari.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED OCTOBER 16, 1918.

Certiorari; from Fulton superior court—Judge Pendleton. May 24, 1918.

*Don K. Johnston,* for plaintiff in error. *T. J. Ripley,* contra.